JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ARTHUR EDWARD RAMIREZ, <br><br> Petitioner, <br><br> v. <br><br> SCOTT FRAUENHEIM, <br><br> Respondent. | Case No. CV 17-03828-VBF (DFM) <br><br> JUDGMENT |

    Final judgment is hereby entered in favor of the respondent and against petitioner Arthur Edward Ramirez.

    IT IS SO ADJUDGED.

Date:  August 28, 2020

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior U.S. District Judge